UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

YAOAN HE,

              Defendant.

CASE NO. 17-176

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant plays a central role in a large multistate and international promoting prostitution conspiracy. He has had direct contact with the prostitutes that have been used in the conspiracy and is a danger to them because he knows them and at least one prostitute has alleged fear of retaliation. He has been contacted by police in Pierce County in 2015 and in Portland. Oregon in 2017 in connection to promoting prostitution charges. Despite this, he has continued, allegedly, to engage in this offense. He has apparently involved his family members by having his wife driving with him when allegedly visiting brothels that the conspirators operated.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 12th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge