UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAOAN HE, et al.,

    Defendants.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' agreed motion, docket no. 102, to extend due date of the response to defendant's motion to review order of detention, docket no. 97, the Government's response to defendant's motion is due on June 12, 2017, and any reply is due June 15, 2017. Defendant's motion, docket no. 97, is RENOTED to June 16, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of June, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1