The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAOAN HE,<br><br>Defendant. | No. CR17-135 TSZ<br><br>ORDER GRANTING MOTION TO RE-NOTE AND EXTEND BRIEFING DEADLINES FOR MOTION TO COMPEL |

The parties' Stipulated Motion, docket no. 180, to Re-Note and Extend Briefing Deadlines for the Defendant's Motion to Compel is hereby GRANTED. The Motion to Compel at Docket 176 is re-noted to October 25, 2017.

The Government's Opposition to the Defendant's Motion shall be due on October 23, 2017. Defendant's reply shall be due October 25, 2017.

DATED this 19th day of October, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

*s/ Siddharth Velamoor*
SIDDHARTH VELAMOOR
REBECCA COHEN
Assistant United States Attorney

ORDER RE-NOTING MOTION TO COMPEL AND EXTENDING
BRIEFING DEADLINES - 1
CR17-135TSZ / *U.S. v. Wang, et al.*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970